Jose Velez
3936 S. Semoran Blvd., #319
Orlando, FL 32822
(407) 456-4880

In Pro Per

Plaintiff

THOMAS M. TOMLINSON
LEGLER & TOMLINSON
Attorneys At Law
231 Fourth Avenue
Chula Vista, CA  91910
(619) 426-9070

State Bar # 63025

Attorney for Defendants

**FILED**

AUG 1 3 2018

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE VELEZ,<br><br>    Plaintiff,<br><br>vs.<br><br>MANDARIN HOUSE OF LA JOLLA, INC., THE BED & BREAKFAST INN AT LA JOLLA, AND DOES 1-10.<br><br>    Defendants | CASE NO.:  18-CV-0828 LAB BLM<br><br>**MOTION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a) (1); & ORDER THEREON** |

## <u>MOTION</u>

The parties hereby apply to the court that this action may be dismissed with prejudice as to all parties; each party to bear his/her or its own attorney's fees and costs. This motion is made as the result of the settlement of the action.

Dated: August 9, 2018

_____
Jose Velez, Plaintiff

Dated: August 13, 2018

_____
Thomas M. Tomlinson, Attorney for
Mandarin House of La Jolla, Inc.

Dated: August 13, 2018

_____
Thomas M. Tomlinson, Attorney for
The Bed & Breakfast Inn at La Jolla

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

Thomas M. Tomlinson    SBN: 63025
LEGLER & TOMLINSON
231 Fourth Avenue
Chula Vista, CA 91910
(619) 426-9070
(619) 426-666 Facsimile
email: leglertomlinson@cox.net

FILED
AUG 13 2018
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Attorney for Defendants Soledad M. Roque and Rufino Roque

Case Name:  *Jose Velez v. Mandarin House of La Jolla, Inc. and the Bed & Breakfast Inn at La Jolla*
Case No.:   *18CV0828* LAB BLM

## PROOF OF SERVICE BY MAIL

I, Mardella Dorrel, am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action; my business address is 231 Fourth Avenue, Chula Vista, California 91910.

On August 13, 2018, I caused the following document(s) described as:

**Motion for Dismissal Pursuant to F.R.CIV.P.41 (a) (1) and Order Thereon**

to be served on the parties in this action by placing true copies thereof enclosed in sealed envelope(s) addressed as follows:

**Jose Velez
3936 S. Semoran Blvd., #317
Orlando, FL 328221**

I caused such envelope(s) to be deposited in the mail at Chula Vista, California. The envelope(s) were sealed and placed for collection and mailing with postage thereon fully prepaid in accordance with ordinary business practices.

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Chula Vista, California, in the ordinary course of business.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and the same is executed on August 13, 2018, at Chula Vista, California.

Mardella Dorrel

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

Thomas M. Tomlinson    SBN: 63025
LEGLER & TOMLINSON
231 Fourth Avenue
Chula Vista, CA 91910
(619) 426-9070
email: leglertomlinson@cox.net

FILED
AUG 13 2018
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Attorney for Defendants Mandarin House of La Jolla, Inc. and the Bed & Breakfast Inn at La Jolla

Case Name: *Jose Velez v. Mandarin House of La Jolla, Inc. and the Bed & Breakfast Inn at La Jolla*
Case No.:   *18CV0828* LAB BLM

## DECLARATION OF PROOF OF SERVICE

I, Mardella Dorrel, am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action; my business address is 231 Fourth Avenue, Chula Vista, California 91910.

On the date executed below, I served the document(s) **Motion for Dismissal Pursuant to F.R.CIV.P.41 (a) (1) and Order Thereon; and Proof of Service** via ECF described on designated recipients through electronic transmission of said documents, a certified receipt is issued to filing party acknowledging receipt by Pacer's system. Once ECF has served all designated recipients, proof of electronic service is return to the filing party.

**Jose Velez**
**3936 S. Semoran Blvd., #319**
**Orlando, FL 328221**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and the same is executed on August 13, 2018, at Chula Vista, California.

_____
Mardella Dorrel