UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE VELEZ,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>MANDARIN HOUSE OF LA JOLLA, INC., et al.,<br><br>　　　　　　　　　　Defendant. | Case No.: 18cv828-LAB (BLM)<br><br>**ORDER GRANTING MOTION TO DISMISS [Dkt. 20]** |

On August 13, 2018, the parties filed a joint motion to dismiss the case in its entirety. Dkt. 20. The Court expressed concern that Ronald Ramos, who originally answered on behalf of Defendant The Bed & Breakfast Inn at La Jolla, LP but was not a signatory to the dismissal, was not properly apprised of this dismissal. The Court added Ramos to the service list and instructed him to respond by October 8, 2018 if he objected to the dismissal. That date has now passed and there has been no objection. Accordingly, the parties' joint motion to dismiss the case is **GRANTED** and this case is **DISMISSED WITH PREJUDICE.** The clerk is instructed to close the case.

**IT IS SO ORDERED**.

Dated: October 11, 2018

　　　　　　　　　　　　　　　　　　　　*Larry A. Burns*
　　　　　　　　　　　　　　　　　　　　Hon. Larry Alan Burns
　　　　　　　　　　　　　　　　　　　　United States District Judge